AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2017 FEB 14  AM 10 56
U.S. DISTRICT COURT
NEW HAVEN, CT.

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 804758490 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC.

Case No. 3:17MJ 184 (SALM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**FACEBOOK USER ID 804758490 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC., further described in Attachment A of the Affidavit.**

located in the _____ District of _____Connecticut_____, there is now concealed *(identify the person or describe the property to be seized)*:

**Evidence, fruits, and instrumentalities of violation of 18 U.S.C. §§ 1343 (wire fraud), 18 U.S.C. § 1349 (conspiracy to commit wire fraud), 18 U.S.C. § 1028A (aggravated identity theft), and 1030(a)(4) (fraud and related activity in connection with computers) as described in Attachment B of the Affidavit.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1030(a)(4) | Fraud & Related Activity in Connection with compute |

The application is based on these facts:

See Attached Affidavit of FBI Special Agent Jennifer A. Boyer, dated February 14, 2017.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jennifer A. Boyer, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/14/2017

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, Connecticut

Honorable Sarah A.L. Merriam, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the **Facebook user ID 804758490** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Facebook Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on December 8, 2016, Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All current and historical Facebook account names, usernames, or vanity URLs to include the date/time the changes were made.

(c)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(d)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(e)     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; About information posted by the user; Notes; Wall postings; friend lists, including the friends' Facebook user

identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(f)   All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(g)   All "check ins" and other location information;

(h)   All IP logs, including all records of the IP addresses that logged into the account;

(i)   All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)   All information about the Facebook pages that the account is or was a "fan" of;

(k)   All past and present lists of friends created by the account;

(l)   All records of Facebook searches performed by the account;

(m)   All information about the user's access and use of Facebook Marketplace;

(n)   The types of service utilized by the user;

(o)   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

2

(q)   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 1349 (conspiracy to commit wire fraud); 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1028A (aggravated identity theft); and 18 U.S.C. § 1030(a)(4) (fraud and related activity in connection with computers) involving those individuals identified in the affidavit and occurring on or after December 12, 2009, to the present, including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a) All records that relate to violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft); and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(b) Evidence reflecting any attempts by the perpetrator(s) to target other potential victims of business e-mail compromise schemes;

(c) Evidence reflecting the identity, location, ownership, access, or use of any financial institution, money transfer company, digital payment platform (such as bitcoin or WebMoney), or account(s) thereof, utilized by the perpetrators in connection with violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(d) Evidence reflecting the identity and location of accountholders or beneficiaries who received payments or moneys from the perpetrator(s) in connection with violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(e) Evidence reflecting the use, flow, transfer, or dissipation of funds wired to the perpetrator(s) in connection with violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(f) Evidence indicating how and when the **Target Account** was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes under investigation and to the **Target Account** owner(s);

(g) The identity and location of the person(s) who created or used the **Target Account**, including records that help reveal the whereabouts of such person(s);

(h) The identity and location of the person(s) who communicated with the **Target Account** about matters relating to violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A

5

...

(aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers), including records that help reveal their whereabouts; and

(i) Evidence indicating the **Target Account** owner's state of mind as it relates to the crimes under investigation.